O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DAVID O'NEAL, <br><br> Petitioner, <br><br> v. <br><br> STU SHERMAN, <br><br> Respondent. | NO. EDCV 14-2004-DDP (MAN) <br><br><br> JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition With Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 6, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE